UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID FLOYD, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. |
| v. ) | 14-14109-IT |
| ) | |
| JOSEPH JARVIS, ) | |
| ) | |
| Respondent. ) | |

| | |
|---|---|
| DAVID FLOYD, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. |
| v. ) | 14-14419-IT |
| ) | |
| JOSEPH JARVIS, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

**TALWANI, D.J.**

Petitioner David Floyd ("Floyd"), while an inmate confined to the Wyatt Detention Facility in Rhode Island, initiated two civil actions by filing identical pleadings titled "motion for relief in challenge to due process violations in a disciplinary proceeding." By Order dated December 31, 2014, the two actions were consolidated and Floyd was advised that to the extent he seeks habeas relief, he must file his habeas petition in the District of Rhode Island. The Order granted Floyd an opportunity to file a complaint for money damages in this Court and advised

1

him that failure to timely comply with the Order will result in dismissal of this action without prejudice and without assessment of a filing fee.

The Court's records indicate that Floyd has not responded to the Court's Order. The time for responding to the Court's December 31, 2014 Memorandum and Order expired on February 4, 2015. Having received no response to that Memorandum and Order, the above entitled action is hereby DISMISSED without prejudice and without assessment of the filing fee. The Clerk shall enter a separate order of dismissal.

**So ordered.**

          /s Indira Talwani
          Indira Talwani
          United States District Judge

Dated: March 16, 2015